*Summary Disposition November 1, 1989:*

GRIEVANCE ADMINISTRATOR v HARTWIG, No. 85086. In lieu of granting leave to appeal, the order of reprimand is vacated, the complaint dismissed, and the case remanded to the Attorney Grievance Commission for reconsideration. MCR 7.302(F)(1).